Larry B. Jones, WSB # 5-1847
William L. Simpson, WSB # 5-2189
Tenille L. Castle, WSB # 6-4325
BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.
P.O. Box 490
Cody, WY 82414
307-527-7891
307-527-7897 FAX
ljones@skelaw.com
bsimpson@skelaw.com
*ATTORNEYS FOR DEFENDANT*
*PARK COUNTY, WYOMING, PARK*
*COUNTY SHERIFF'S DEPARTMENT AND*
*SHERIFF SCOTT STEWARD IN HIS*
*OFFICIAL CAPACITY*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JAMES WILCOX, ) | |
| KELLLY WILCOX, ) | |
| WILCOX LIVESTOCK, LLC, ) | |
| JESSE WILCOX, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL NO. 10-CV-210J |
| ) | |
| Deputy ANDREW MAGILL, ) | |
|    in his individual capacity, ) | |
| Deputy MARK HARTMAN ) | |
|    in his individual capacity, ) | |
| Brand Inspector DAN HADDEN, ) | |
|    in his individual capacity, ) | |
| Sheriff SCOTT STEWARD, ) | |
|    in his official and individual capacities, ) | |
| PARK COUNTY SHERIFF'S OFFICE, ) | |
| PARK COUNTY, WYOMING, ) | |
| RHONDA ROBINSON, ) | |
|    a citizen and resident of South Carolina, ) | |
| ) | |
| Defendants. ) | |

# MOTION TO DISMISS PURSUANT TO RULE 12(B6), Fed.R.Civ.P. BY DEFENDANTS PARK COUNTY, WYOMING, PARK COUNTY SHERIFF'S OFFICE AND SHERIFF SCOTT STEWARD IN HIS OFFICIAL CAPACITY

COMES NOW the Defendants Park County, Wyoming, Park County Sheriff's Office and Sheriff Scott Steward in his Official Capacity, by and through their attorneys, Larry B. Jones and William L. Simpson of Simpson, Kepler & Edwards LLC, the Cody, Wyoming division of BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C., and respectfully move for an Order Dismissing Counts I, and II of the Amended Complaint filed herein pursuant to Rule 12(b)(6), Fed.R.Civ.P. for a failure to state a cause of action. These Defendants further request the Court enter an Order dismissing Counts III, V and VI of the Amended Complaint under the doctrine of abstention. In support of their Motion, Defendants assert as follows:

1. Plaintiffs filed their original complaint on September 28, 2010 and their Amended Complaint on November 8, 2010.

2. Counsel for these Defendants have filed their entries of appearances on behalf of their clients on November 5, 2010 and November 8, 2010.

3. Plaintiffs' first two counts of the Amended Complaint contain allegations purporting to set forth sufficient claims for 1) deprivation of property without due process under § 1983; and 2) conspiracy under § 1983;

4) Counts III, V and VI of the Amended Complaint contain allegations purporting to set forth state law claims. Count IV of the Amended Complaint is alleged solely against the non-governmental entity/party Rhonda Robinson;

5) Defendants Deputy Andrew MaGill, Deputy Mark Harman, Brand Inspector Dan Haddens, and Sheriff Scott Steward in his individual capacity have filed a Motion and supporting Memorandum of Law to Dismiss this matter contemporaneously with this Motion, which these Defendants now join.

6) Plaintiffs' § 1983 allegations fail to adequately set forth cognizable claims under the United States Constitution;

7) This Court should decline to exercise jurisdiction over the pendent state claims; and

8) These Defendants submit herewith their Memorandum of Law in support of this Motion to Dismiss.

**WHEREFORE** Defendants Park County, Wyoming, Park County Sheriff's Office and Sheriff Scott Steward in his Official Capacity respectfully request the Court, after an opportunity by all Parties to submit supporting or opposing argument, enter an Order:

a) Dismissing, for a failure to state a claim under Rule 12(b)(6), Fed.R.Civ.P., Counts I and II of the Amended Complaint;

b) Dismissing Counts III, V and VI of the Amended Complaint based upon their

nature as state claims; and

    c)    Granting such additional relief as the Court deems appropriate under the circumstances.

    DATED this _29th_ day of November, 2010.

                                     Respectfully submitted,
                                     BURG, SIMPSON, ELDREDGE, HERSH,
                                     & JARDINE, P.C.

                                   _____/s/_____
                                   Larry B. Jones WSB # 5-1847
                                   William L. Simpson WSB # 5-2189
                                   1135 14th Street
                                   P.O. Box 490
                                   Cody, WY 82414
                                   Tel. (307) 527-7891
                                   Fax (307) 527-7897
                                   ljones@skelaw.com
                                   bsimpson@skelaw.com
                                   *Attorneys for Defendants*
                                   *Park County, Wyoming*
                                   *Park County Sheriff's Department and*
                                   *Sheriff Scott Steward in his Official Capacity*