Anna Reeves Olson, # 6-3692
PARK STREET LAW OFFICE
242 South Park Street
Casper, WY 82601
(307) 265-3843
(307) 235-0243 *facsimile*

THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JAMES WILCOX,<br>KELLY WILCOX,<br>WILCOX LIVESTOCK, LLC,<br>JESSE WILCOX,<br><br>      Plaintiffs,<br><br>vs.<br><br>Deputy ANDREW MAGILL,<br>    in his individual capacity,<br>Deputy MARK HARTMAN,<br>    in his individual capacity,<br>Brand Inspector DAN HADDEN,<br>    in his individual capacity,<br>Sheriff SCOTT STEWARD,<br>    in his individual capacities,<br>PARK COUNTY SHERIFF'S OFFICE<br>PARK COUNTY WYOMING,<br>RHONDA ROBINSON,<br>    a citizen and resident of South Carolina,<br><br>      Defendants. | No. 10-CV-210-J |

---

ANSWER OF RHONDA ROBINSON TO PLAINTIFF'S AMENDED COMPLAINT

---

FOR HER ANSWER, Defendant Rhonda Robinson, states as follows:

## Jurisdiction & Venue

1. No response is required.

2. Defendant is without sufficient information to admit or deny the allegations of Paragraph 2.

3. Defendant denies the allegations of Paragraph 3.

4-4a. Defendant is without sufficient information to admit or deny the allegations of Paragraphs 4 and 4a.

5. Defendant admits to the allegation of Paragraph 5.

6-8. Defendant is without sufficient information to admit or deny the allegations of Paragraphs 6 to 8.

9. Defendant denies the allegations in that the Purchase Agreement speaks for itself.

10. Defendant admits the allegations of Paragraph 10.

11. Defendant admits that the debt became past due.

12. Defendant denies the allegations of Paragraph 12.

13. Defendant admits that she attempted to execute on her lawfully obtained judgment.

14-30. Defendant is without sufficient information to admit or deny the allegations of Paragraphs 14 to 30.

31. Defendant denies the allegations of Paragraph 31.

32. Defendant denies the allegations of Paragraph 32.

| | |
|---|---|
| 33-34. | Defendant is without sufficient information to admit or deny the allegations of Paragraphs 33 to 34. |
| 35-38. | Defendant denies the allegations of Paragraphs 35-38. |

**COUNT I – DEPREVATION OF PROPERTY WITHOUT DUE PROCESS**
**(All Plaintiffs Against All State-Actor Defendants)**

| | |
|---|---|
| 39. | No response is required. |
| 40-52. | Defendant denies the allegations of Paragraphs 40-52. |

**COUNT II – SECTION 1983 CONSPIRACY**
**(All Plaintiffs Against All State-Actor Defendants)**

| | |
|---|---|
| 53. | No response is required. |
| 54-57. | Defendant denies the allegations of Paragraphs 54-57. |

**COUNT III – DEPREVATION OF PROPERTY IN VIOLATION OF STATE LAW**
**(All Plaintiffs Against All Defendants).**

| | |
|---|---|
| 58. | No response is required. |
| 59-62. | Defendant denies the allegations of Paragraphs 59-62. |

**COUNT IV – CONVERSION**
**(All Plaintiffs Against Rhonda Robinson)**

| | |
|---|---|
| 63. | No response is required. |
| 64-68. | Defendant denies the allegations of Paragraphs 64-68. |

**COUNT V – CIVIL CONSPIRACY UNDER STATE LAW**
**(All Plaintiffs Against All Defendants)**

| | |
|---|---|
| 69. | No response is required. |
| 70-72. | Defendant denies the allegations of Paragraphs 70-72. |

## COUNT VI – MUNICIPAL LIABILITY
### (All Plaintiffs Against All Municipal and Official-Capacity Defendants)

73. No response is required.

74-79. Defendant denies the allegations of Paragraphs 74 to 79 and also states that F.R.C.P. 11(b)(3) speaks for itself.

### AFFIRMATIVE DEFENSES

1. Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

2. The Plaintiffs' claim may be barred by the applicable statute of limitations.

3. Plaintiffs have failed to mitigate their damages, if any.

4. The Court lacks diversity jurisdiction.

5. Plaintiffs' 1983 claims are barred in that the actions complained of were not done under color of state law, and the actors at issue were not acting under the color of state law.

6. Defendant is entitled to qualified immunity.

7. Defendant reserves the right to list any additional affirmative defenses, as they become known.

WHEREFORE Defendants prays that Plaintiffs' Amended Complaint be dismissed; that Plaintiffs take nothing thereby and that Defendant be awarded her costs and such other and further relief as to the Court seems just.

DATED this 6th day of December 2010.

                                                                                                                         _____
Anna Reeves Olson, #6-3692
PARK STREET LAW OFFICE
242 South Park Street
Casper, WY 82601
(307) 265-3843
(307) 235-0243 *facsimile*

*Attorney for Defendant Robinson*

## CERTIFICATE OF SERVICE

This is to certify that on this 6th day of December 2010, a true and correct copy of the foregoing was served via the following method upon:

| | |
|---|---|
| Philip E. Abromats<br>PO Box 827<br>Greybull, Wyoming | *Via e-filing* |

*Attorney for Plaintiffs*

| | |
|---|---|
| Larry B. Jones<br>William L. Simpson<br>Simpson, Kepler & Edwards, LLC<br>PO Box 490<br>Cody, Wyoming 82414 | *Via e-filing* |

*Attorneys for Municipal Defendants*

| | |
|---|---|
| Thomas Rumpke<br>Senior Assistant Attorney General<br>2424 Pioneer Ave.<br>123 Capital Building<br>Cheyenne, WY 82002 | *Via e-filing* |

*Attorney for Individual Capacity 1983 Defendants*

_____
Anna Reeves Olson