FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MAR 15 2011

Stephan Harris, Clerk
Cheyenne

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JAMES WILCOX, KELLY WILCOX, WILCOX LIVESTOCK, LLC, JESSE WILCOX, <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW MAGILL, Deputy, in his individual capacity; MARK HARTMAN, Deputy, in his individual capacity; DAN HADDEN, Brand Inspector, in his individual capacity; PARK COUNTY SHERIFF, in his official capacity, also known as SCOTT STEWARD; PARK COUNTY SHERIFF'S OFFICE; RHONDA ROBINSON, citizen and resident of South Carolina; SCOTT STEWARD, individually; PARK COUNTY; <br><br> Defendants. | No. 10-CV-210-J |

## JUDGMENT

**(as to Deputy Andrew Magill, in his individual capacity, Deputy Mark Hartman, in his individual capacity, Brand Inspector Dan Hadden, in his individual capacity, Sheriff Scott Steward, in his official and individual capacities, Park County Sheriff's Office, and Park County, Wyoming)**

February 9, 2011, the Court entered its Order Granting Motions to

Dismiss Filed by Individual Capacity Defendants and Official Park County

1

Defendants. The Court has also entered its Order Denying Plaintiffs' Motion for Reconsideration and Clarification. The Court has found that there is no just reason for delay, pursuant to Fed. R. Civ. P. 54(b), in entering final judgment as to the above captioned defendants (except Rhonda Robinson). Accordingly, it is therefore

**ORDERED, ADJUDGED AND DECREED** that plaintiffs James Wilcox, Kelly Wilcox, Wilcox Livestock, LLC, and Jesse Wilcox, recover nothing from Deputy Andrew Magill, in his individual capacity, Deputy Mark Hartman, in his individual capacity, Brand Inspector Dan Hadden, in his individual capacity, Sheriff Scott Steward, in his official and individual capacities, Park County Sheriff's Office, and Park County, Wyoming and that defendants recover of the plaintiffs their costs of action, pursuant to Fed. R. Civ. P. 54, with all of the parties to bear their own attorneys' fees. **It is further**

**ORDERED, ADJUDGED AND DECREED** that plaintiffs' state law claims (Counts 3 and 5) shall be, and are, dismissed without prejudice.

Dated this 15th day of March 2011.

_____
UNITED STATES DISTRICT JUDGE