Philip E. Abromats
Philip E. Abromats, P.C.
P.O. Box 827
Greybull, WY 82426
307-765-2840 (voice)
307-765-4518 (fax)
Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JAMES WILCOX, <br> KELLY WILCOX, <br> WILCOX LIVESTOCK, LLC, <br> JESSE WILCOX, <br>       Plaintiffs, <br> vs. <br> <br> Deputy ANDREW MAGILL, <br>    in his individual capacity, <br> Deputy MARK HARTMAN, <br>    in his individual capacity, <br> Brand Inspector DAN HADDEN, <br>    in his individual capacity, <br> Sheriff SCOTT STEWARD, <br>    in his official and individual capacities, <br> PARK COUNTY SHERIFF'S OFFICE, <br> PARK COUNTY, WYOMING, <br> RHONDA ROBINSON, <br>    a citizen and resident of South Carolina, <br>       Defendants. | <br><br><br><br><br><br>CIVIL NO. 10-CV-210-J <br><br>JUDGE Alan B. Johnson <br><br>(Jury Trial Demanded) |

### RENEWED MOTION FOR CLARIFICATION

Plaintiffs hereby move for clarification of this Court's order of March 15, 2011, dkt. no. 43, and its judgment of even date, dkt. no. 44, in which this Court granted certification of finality under Fed. R. Civ. P. 54(b).  The reason for this motion is that the United States Court of Appeals for the Tenth Circuit, by order dated April 19 (copy attached as exhibit), tolled briefing on appeal because this Court failed to make the requisite findings by which the appellate court could review the issue of finality within the meaning of 28 U.S.C. § 1291.  The Tenth Circuit further required plaintiff-appellants to provide "either a proper Rule 54(b) certification or a final judgment" by May 18, 2011.  Plaintiffs therefore respectfully ask that this Court supplement or clarify its opinion in accordance with the Tenth Circuit's supervisory rule regarding Rule 54(b) certifications at its earliest convenience.

DATED this 28th  day of April 2011.

Respectfully submitted,

**PHILIP E. ABROMATS, P.C.**
P.O. Box 827,  Greybull, WY 82426
307-765-2840, 307-765-4518
lawyer@abro-law.com

By:     /s/ Philip Abromats

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of:

**RENEWED MOTION FOR RECONSIDERATION AND CLARIFICATION**

was served by CM/ECF on:

Thomas Rumpke, Esq.
Senior Assistant Attorney General
123 Capitol Building
Cheyenne, WY 82002
(Counsel for the Individual-Capacity 1983 Defendants),

Larry B. Jones, Esq.
William L. Simpson, Esq.
Simpson Kepler & Edwards, LLC
P.O. Box 490
Cody, WY 82414
(Counsel for the Municipal and Official-Capacity 1983 Defendants), and

Anna M. Reeves Olson, Esq.
Park Street Law Offices
242 South Park Street
Casper, WY 82601
(Counsel for Rhonda Robinson),

this 28th day of April 2011.

/s/ Philip Abromats