# United States District Court
## For The District of Wyoming

United States of America,
               Plaintiff(s),

vs.

Christopher Arxty Jeffries,
               Defendant(s).

**NOTICE**

Case Number: 10-CR-219-ABJ-1
Interpreter Needed: No

TYPE OF CASE:

**Criminal**

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| PLACE<br>J.C. O'Mahoney Federal Building<br>2120 Capitol Avenue<br>Cheyenne, WY 82001<br>Courtroom #2 | BEFORE<br>Alan B. Johnson, United States District Judge |
|---|---|
| | DATE AND TIME<br>July 13, 2011 at 1:15 pm |

TYPE OF PROCEEDING

Sentencing

                                        STEPHAN HARRIS
                                        Clerk of Court

May 4, 2011                             Tammy Hilliker
Date                                             Deputy Clerk

TO:
Defense Counsel                         US Marshal
Defendant through Counsel       US Probation
US Attorney                                Court Reporter