

# CIVIL MINUTE SHEET
## STATUS / SCHEDULING CONFERENCE

| | | | | |
|---|---|---|---|---|
| **Date** | 3:40pm - 3:52pm | ☑ Telephonic | **Case Number** | 10-CV-210-ABJ |
| **Time** | 3:40pm - 3:52pm | ☑ Status ☐ Scheduling | | |
| **Judge** | Alan B. Johnson | | **Law Clerk** | Sherrill Veal |
| **Clerk** | Tammy Hilliker | | **Reporter** | Julie Thomas |

**Attorney(s) for Plaintiff(s):** Philip Abromats

**Attorney(s) for Defendant(s):** Thomas Rumpke, Larry Jones, Tenille Castle

**Other:** Court will be entering an order

| | |
|---|---|
| Plaintiff Expert Witness Designation Deadline | |
| Defendant Expert Witness Designation Deadline | |
| Discovery Due | |
| Stipulation Deadline | |
| Defendant Motion Filing Deadline | |
| Dispositive Motions Hearing | |
| Final Pretrial Conference Set | |
| Jury Trial Set | |