# CIVIL MINUTE SHEET
## STATUS / SCHEDULING CONFERENCE

**FILED**
9:00 am, 5/25/12
**Stephan Harris**
**Clerk of Court**

| | | |
|---|---|---|
| Date | May 25, 2012 | ◉ Telephonic |
| Time | 8:30 - 8:55 | ☒ Status |
| | | ☒ Scheduling |

Case Number: 10-CV-210-J

JAMES WILCOX, ET AL  VS  RHONDA ROBINSON

| Alan B. Johnson | Carissa Coursey | Sherrill Veal/Michael Fitzgerald | Julie Thomas |
|---|---|---|---|
| Judge | Clerk | Law Clerk | Court Reporter |

Attorney(s) for Plaintiff(s):   Philip E. Abromats (via phone)

Attorney(s) for Defendant(s):   Anna Marie Reeves Olson (via phone)

**Other:** Plaintiffs' Counsel advised that parties may stipulated to a dismissal without prejudice, allowing the Plaintiffs to continue their case in State court, Pro Se.

| | |
|---|---|
| Plaintiff Expert Witness Designation Deadline | 9/28/12 |
| Defendant Expert Witness Designation Deadline | |
| Discovery Due | Responses to 1st discovery 7/27/12; Discovery deadline 9/28/12 |
| Other Fact Witnesses Deadline | |
| Stipulation Deadline | |
| Dispositive Motions Hearing | |
| ☐ Including Daubert Challanges | |
| Defendant Motion Filing Deadline | 11/2/12; Responses due 11/16/12; Reply due 11/23/12 |
| ☒ Including Daubert Challanges | |
| Final Pretrial Conference Set | Joint Memo 1/18/13; Final Pretrial Conf. 2/8/13 |
| Jury Trial Set | 3/4/13 |

Other: