Anna Reeves Olson, # 6-3692
PARK STREET LAW OFFICE
242 South Park Street
Casper, WY 82601
(307) 265-3843
(307) 235-0243 *facsimile*

THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| JAMES WILCOX, | ) | |
| KELLY WILCOX, | ) | No.  10-CV-210-J |
| WILCOX LIVESTOCK, LLC, | ) | |
| JESSE WILCOX, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Deputy ANDREW MAGILL, | ) | |
|     in his individual capacity, | ) | |
| Deputy MARK HARTMAN, | ) | |
|     in his individual capacity, | ) | |
| Brand Inspector DAN HADDEN, | ) | |
|     in his individual capacity, | ) | |
| Sheriff SCOTT STEWARD, | ) | |
|     in his individual capacities, | ) | |
| PARK COUNTY SHERIFF'S OFFICE | ) | |
| PARK COUNTY WYOMING, | ) | |
| RHONDA ROBINSON, | ) | |
|     a citizen and resident of South Carolina, | ) | |
| | ) | |
|     Defendants. | ) | |

STIPULATION TO DISMISS WITH PREJUDICE

Plaintiffs and Defendant Rhonda Robinson in the above-captioned matter hereby stipulate to dismissal of all claims with prejudice, each party to bear its own attorneys' fees and costs.

DATED this _8_ day of _October_ 2012.

_/s/ AR Reeves_  
Anna Reeves Olson  
PARK STREET LAW OFFICE  
242 So. Park Street  
Casper, WY 82601  
(307) 265-3843  
(307) 235-0243  

*Attorneys for Defendant*

_/s/ Philip Abromats_  
Philip Abromats  
Philip E. Abromats, P.C.  
5 Rockaway Dr.  
Camp Hill, PA 17011  
307-272-0621  

*Attorney for Plaintiffs*